

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00020-CR

| | | |
|---|---|---|
| Brent Troy Bartel | § | From the 371st District Court |
| | § | of Tarrant County (1434748R) |
| v. | § | March 23, 2017 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
      Justice Lee Gabriel